KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for CARRIE ALAINE MARKIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:19-CR-0062JAM |
| Plaintiff, | ) |
| | ) STIPULATION CONTINUING STATUS |
| | ) CONFERENCE AND EXCLUDABLE TIME; |
| v. | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| | ) FINDINGS AND ORDER |
| | ) |
| CARRIE ALAINE MARKIS, and | ) Date: October 8, 2019 |
| ANDREA MICHELLE JORDAN | ) Time: 9:00 a.m. |
| | ) Court: Hon. John A. Mendez |
| Defendants. | ) |
| _____ | ) |

STIPULATION

1. By previous order, this matter was set for status on August 27, 2019.

2. By this stipulation, defendants now move to continue the status conference until October 8, 2019 at 9:15 a.m., and to exclude time between August 27, 2019 and October 8, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for Ms. Markis was appointed on June 7, 2019 and has started to review the discovery, meet and discuss with the client and begin research

-1-

into salient defense issues.

b. Counsel for defendants desire additional time to review and copy discovery, consult with their clients and discuss the discovery with them.

c. Counsel for defendants are also finishing investigation and compilation of mitigation materials relevant to possible resolution in this matter.

d. Counsel are requesting a continuance to finish researching legal issues, investigation and discussions with clients regarding possible defenses. In addition, counsel are continuing ongoing discussions with the government about possible resolutions in this case.

e. Counsel for defendants believe that the failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f. The government does not object to the continuance.

g. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 27, 2019, to October 8, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action

outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 22, 2019                           Respectfully submitted,

                                                  /s/ Paul Hemesath
                                                  PAUL HEMESATH
                                                  Assistant U.S. Attorney

Dated: August 22, 2019                            /s/ Kelly Babineau
                                                  KELLY BABINEAU
                                                  Attorney for Carrie Alaine Markis

Dated: August 22, 2019                            /s/ Todd Leras
                                                  TODD LERAS
                                                  Attorney for Andrea Michelle Jordan

## FINDINGS AND ORDER


IT IS SO FOUND AND ORDERED this 22nd day of August, 2019.


                          /s/ John A. Mendez
                          THE HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE