UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 13, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANDREA MICHELLE JORDAN, ) <br> ) <br> Defendant. ) | Case No. 2:19-CR-00062-JAM-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __ANDREA MICHELLE JORDAN__, Case No. __2:19-CR-00062-JAM-2__, Charge __21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute Fentanyl, Oxycodone, Hydrocodone, Morphine, Hydromorphone and Methadone__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ __25,000.00, co-signed by Tracy Jordan.__

        ✔ Unsecured Appearance Bond

        ✔ (Other)    With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.

Issued at __Sacramento, CA__ on __September 13, 2019__ at __2:00 PM__.

By _____
Allison Claire
United States Magistrate Judge