LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
ANDREA JORDAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE ALAINE MARKIS, and ANDREA MICHELLE JORDAN,<br><br>Defendants. | CASE NO. 2:19-CR-062-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: October 20, 2020<br>Time: 9:30 a.m.<br>Court: Hon. John A. Mendez |

This matter was set for a status conference on October 20, 2020. On October 15, 2020, the Court issued a Minute Order (ECF Entry 76) continuing the status conference to November 3, 2020. By this stipulation, Defendants Markis and Jordan move to continue the status conference to January 12, 2021. The parties stipulate as follows:

1. The case involves distribution of prescription pills by means of a secret portion of the internet known as the "dark web." The government has provided voluminous discovery materials, including approximately 2400 pages of written reports, photographs, computer records, audio of witness interviews, and other materials stemming from the investigation. The case can fairly be characterized as nationwide in scope.

2. Attorney Kelly Babineau, who represents Defendant Carrie Markis, substituted in as

STIPULATION & ORDER CONTINUING TCH

1

appointed counsel in the place of the Federal Defender's Office on June 7, 2019 (ECF Entry 45). Defendant Andrea Jordan first appeared in this case on April 5, 2019 (ECF Entry 32). Counsel for both Defendants initiated review of discovery materials with their respective clients and prepared to conduct defense investigation. Some of the investigative efforts occurred just as state and national events unfolded regarding the spread of COVID-19.

3. A series of General Orders issued by Chief United States District Judge Kimberly J. Mueller to address the pandemic, including General Orders 612, 617, and 618, have resulted in restrictions to public access to federal courthouses in the Eastern District of California since March 18, 2020 and continuing to the present day.

4. On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 ordering all California residents to shelter in place unless their services are needed to perform work in critical infrastructure functions. A gradual easing of the shelter in place order resulted in a surge of virus cases in California in early July. Sacramento County is currently in the process of additional reopening measures staring in early October 2020. These developments have hampered or delayed defense investigative efforts.

5. Given the volume of discovery materials in the case, defense counsel are engaged in investigations related to potential defenses and mitigation evidence in the event of a negotiated disposition. The government does not object to the continuance.

6. Counsel for both Defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendants Markis and Jordan request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 20, 2020 to January 12, 2021, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Paul Hemesath and Attorney Kelly Babineau have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated: October 15, 2020    */s/ Kelly Babineau*

KELLY BABINEAU
Attorney for Defendant
CARRIE MARKIS
(Per email authorization)

Dated: October 15, 2020    */s/ Todd Leras*

TODD LERAS
Attorney for defendant
ANDREA JORDAN

Dated: October 15, 2020    MCGREGOR W. SCOTT
United States Attorney

*/s/ Paul Hemesath*
By: _____
PAUL HEMESATH
Assistant United States Attorney
(Per email authorization)

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, initially scheduled for October 20, 2020 and continued by Minute Order to November 3, 2020, is vacated.  A new status conference is scheduled for January 12, 2021, at 9:30 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from October 20, 2020, up to and including January 12, 2021.

IT IS SO ORDERED.

DATED:  October 16, 2020                                 /s/ John A. Mendez
                                                                              THE HONORABLE JOHN A. MENDEZ
                                                                              UNITED STATES DISTRICT COURT JUDGE