LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANDREA JORDAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREA JORDAN,<br><br>        Defendant. | Case No.: 2:19-cr-062 JAM<br><br>STIPULATION AND ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |

      Defendant Andrea Jordan is presently released on pre-trial conditions. She is charged by Indictment as a participant in three distinct but closely related conspiracies to distribute various controlled substances (fentanyl, oxycodone, hydrocodone, morphine, hydromorphone, methadone), and two counts of distribution of fentanyl. Her release conditions include that she "submit to drug and/or alcohol testing as approved by the pretrial services officer … [and] pay the costs of the testing services based upon [her] ability to pay, as determined by the pre-trial

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

services officer" (Special Condition Number 9, ECF Entry 57).  The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Paul Hemesath, and Defendant Andrea Jordan by and through her attorney Todd D. Leras, stipulate as follows:

1. Ms. Jordan is supervised for compliance with her pre-trial release conditions by Program Development Specialist Taifa Gaskins.  On January 8, 2021, Officer Gaskins requested via email that the parties consider removal of the drug testing condition by stipulation due to Ms. Jordan's positive progress while on supervision.

2. The government and defense counsel have no objection to removal of the drug/alcohol testing condition.

The parties therefore request modification of Ms. Jordan's Special Conditions of Release to remove Special Condition Number 9 relating to drug/alcohol testing.  All other general and special conditions of release previously ordered shall remain in full force and effect.

Assistant U.S. Attorney Paul Hemesath has reviewed this stipulation and proposed order and authorized (via email) Todd Leras to sign it on his behalf.


DATED:  January 20, 2021

By     /s/ *Todd D. Leras for*
       PAUL A. HEMESATH
       Assistant United States Attorney

DATED:  January 20, 2021

By     */s/ Todd D. Leras*
       TODD D. LERAS
       Attorney for Defendant
       ANDREA JORDAN

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition of Release Number 9, requiring Defendant Andrea Jordan to participate in drug/alcohol testing and pay for such testing based on financial ability to pay is eliminated (ECF Docket Entry 57).

All other general and special conditions of release imposed by this Court as to Defendant Andrea Jordan shall remain in full force and effect.

IT IS SO ORDERED.

DATED: JANUARY 21, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS