LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
ANDREA JORDAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-062-JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| CARRIE ALAINE MARKIS, and ANDREA MICHELLE JORDAN, | |
| Defendants. | Date:  April 20, 2021<br>Time:  9:30 a.m.<br>Court:  Hon. John A. Mendez |

This matter is set for a status conference on April 20, 2021.  By this stipulation, Defendants Markis and Jordan move to continue the status conference to June 8, 2021.   The parties stipulate as follows:

1. The case involves distribution of prescription pills by means of a secret portion of the internet known as the "dark web."  The government has provided voluminous discovery materials, including approximately 2400 pages of written reports, photographs, computer records, audio of witness interviews, and other materials stemming from the investigation.  The case can fairly be characterized as nationwide in scope.

2.  Attorney Kelly Babineau, who represents Defendant Carrie Markis, substituted in as appointed counsel in the place of the Federal Defender's Office on June 7, 2019 (ECF

1

STIPULATION & ORDER CONTINUING TCH

Entry 45).  Defendant Andrea Jordan first appeared in this case on April 5, 2019 (ECF Entry 32).  Counsel for both Defendants initiated review of discovery materials with their respective clients and prepared to conduct defense investigation.  Some of the investigative efforts occurred just as state and national events unfolded regarding the spread of COVID-19.

3.  A series of General Orders issued by the Chief United States District Judge for the Eastern District of California address the pandemic, including General Orders 612, 617, 618, 624, 628, and 630.  These general orders have resulted in restrictions to public access to federal courthouses in the Eastern District of California since March 18, 2020.  General Order 630 extends the restrictions for up to 90-days from April 2, 2021.

4.  On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 ordering all California residents to shelter in place unless their services are needed to perform work in critical infrastructure functions.  In the approximate one-year period since issuance of the governor's order, California has experienced a series of intermittent declines and surges in virus cases.  In the first quarter of 2021 federal and state efforts to distribute COVID-19 vaccines resulted in the easing of local restrictions on public gatherings.  Counsel for both defendants now anticipate that these developments toward a return to safe social interactions will allow them to conduct their mitigation investigation and hold in-person meetings with their respective clients.

5.  Given the volume of discovery materials in the case, defense counsel are engaged in investigations related to potential defenses and mitigation evidence in the event of a

negotiated disposition.  Some of this investigation could not be conducted safely during the initial period following the COVID-19 outbreak.  Based on these unusual circumstances, the government does not object to the continuance.

6.   Counsel for both Defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7.   Based on the above-stated facts, Defendants Markis and Jordan request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

8.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the time period of April 20, 2021 to June 8, 2021, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

9.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Paul Hemesath and Attorney Kelly Babineau have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  April 14, 2021             */s/ Kelly Babineau*

_____
KELLY BABINEAU
Attorney for Defendant
CARRIE MARKIS
(Per email authorization)

1    Dated:  April 14, 2021                 /s/ Todd Leras

2                                           _____
                                            TODD LERAS
3                                           Attorney for defendant
                                            ANDREA JORDAN
4

5

6    Dated:  April 14, 2021                 PHILLIP A. TALBERT
                                            Acting United States Attorney
7
                                            /s/ Paul Hemesath
8                            By:            _____
                                            PAUL HEMESATH
9                                           Assistant United States Attorney
                                            (Per email authorization)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference scheduled for April 20, 2021 is vacated.  A new status conference is scheduled for June 8, 2021, at 9:30 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from April 20, 2021, up to and including June 8, 2021.

IT IS SO ORDERED.

Dated:  April 15, 2021

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE