LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANDREA JORDAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREA JORDAN,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-062 JAM<br><br>STIPULATION AND ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |

　　　　Defendant Andrea Jordan is presently released on pre-trial conditions.  She is charged by

Indictment as a participant in three distinct but closely related conspiracies to distribute various

controlled substances (fentanyl, oxycodone, hydrocodone, morphine, hydromorphone,

methadone), and two counts of distribution of fentanyl.  Her release conditions include that she

"must participate in a cognitive behavioral therapy program as directed by the pretrial services

officer.  Such programs may include group sessions led by counselor or participation in a

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

program administered by the Pretrial Services Office." (Special Condition Number 13, ECF Entry 57).  The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Paul Hemesath, and Defendant Andrea Jordan by and through her attorney Todd D. Leras, stipulate as follows:

1. Ms. Jordan is supervised for compliance with her pre-trial release conditions by Program Development Specialist Taifa Gaskins.  Ms. Jordan has participated in the therapy sessions, but recently she and her adult son experienced housing insecurity after being displaced from their long-term residence.  On May 24, 2021, Officer Gaskins requested via email that the parties consider removal of the cognitive behavioral therapy condition by stipulation, in part, to ease the pressure on Ms. Jordan resulting from her housing situation.

2. The government and defense counsel have no objection to removal of the cognitive behavioral therapy condition.

The parties therefore request modification of Ms. Jordan's Special Conditions of Release to remove Special Condition Number 13 relating to participation in cognitive behavioral therapy. All other general and special conditions of release previously ordered shall remain in full force and effect.

Assistant U.S. Attorney Paul Hemesath has reviewed this stipulation and proposed order and authorized (via email) Todd Leras to sign it on his behalf.

DATED:  June 8, 2021

By     /s/ *Todd D. Leras for*  
      PAUL A. HEMESATH  
      Assistant United States Attorney

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

DATED: June 4, 2021

By  /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
ANDREA JORDAN

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition of Release Number 13, requiring Defendant Andrea Jordan to participate in cognitive behavioral therapy is eliminated (ECF Docket Entry 57).

All other general and special conditions of release imposed by this Court as to Defendant Andrea Jordan shall remain in full force and effect.

IT IS SO ORDERED.

DATED: JUNE 9, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS