LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
ANDREA JORDAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CARRIE ALAINE MARKIS, and ANDREA MICHELLE JORDAN,<br><br>　　　　Defendants. | CASE NO. 2:19-CR-062-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: October 19, 2021<br>Time: 9:30 a.m.<br>Court: Hon. John A. Mendez |

　　　　This matter is set for a status conference/potential change of plea hearing on October 19, 2021. By this stipulation, Defendants Markis and Jordan move to continue the status conference/potential change of plea hearing to November 9, 2021. The parties stipulate as follows:

1. The case involves distribution of prescription pills by means of a secret portion of the internet known as the "dark web."  The government previously provided voluminous discovery materials, including approximately 2400 pages of written reports, photographs, computer records, audio of witness interviews, and other materials stemming from the investigation. The case can fairly be characterized as nationwide in scope.

2. 　Counsel for both Defendants have initiated review of proposed plea agreements with

STIPULATION & ORDER CONTINUING TCH

1

their respective clients and undertaken investigation of potential sentence mitigation evidence. Defense counsel are engaged in client meetings in person with their respective clients to review proposed settlement agreements. That process has been complicated due to the existence of a continuing global pandemic, variation in individual vaccination status, and the emergence of the Delta variant.

3. A series of General Orders issued by the Chief United States District Judge for the Eastern District of California during the past nineteen months address the pandemic, including General Orders 612, 617, 618, 624, 628, 630, 631, 632, and 635. These general orders have resulted in restrictions to public access to federal courthouses in the Eastern District of California for the period from March 18, 2020 to June 14, 2021. General Order 635, issued September 28, 2021, provided each district judge discretion to hold hearings in person or via remote conferencing for an additional 90 days from the date of issuance.

4. Sacramento County Public Health Officials returned to an indoor mask mandate on July 31, 2021, both for vaccinated and unvaccinated individuals, due to an increase in the Delta variant.

5. Counsel for both defendants request additional time, given the unusual circumstances, to complete their sentence mitigation investigations and to hold in-person meetings with their respective clients to facilitate potential resolution. The government does not object to the continuance.

6. Counsel for both Defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendants Markis and Jordan request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the time period of October 19, 2021 to November 9, 2021, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Paul Hemesath and Attorney Kelly Babineau have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  October 14, 2021          */s/ Kelly Babineau*
                                  _____
                                  KELLY BABINEAU
                                  Attorney for Defendant
                                  CARRIE MARKIS
                                  (Per email authorization)

Dated:  October 14, 2021          */s/ Todd Leras*
                                  _____
                                  TODD LERAS
                                  Attorney for defendant
                                  ANDREA JORDAN

Dated:  October 14, 2021          PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  */s/ Paul Hemesath*
                          By:     _____
                                  PAUL HEMESATH
                                  Assistant United States Attorney
                                  (Per email authorization)

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference/potential change of plea hearing, scheduled for October 19, 2021, is vacated. A new status conference/potential change of plea hearing is scheduled for November 9, 2021, at 9:30 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from October 19, 2021, up to and including November 9, 2021.

IT IS SO ORDERED.

Dated:  October 14, 2021            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE