LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANDREA JORDAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-062 JAM |
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| ANDREA MICHELLE JORDAN, | |
| Defendant. | Court: Hon. John A. Mendez |
| | Date: February 15, 2022 |
| | Time: 9:30 a.m. |

      This matter is currently set for a Sentencing Hearing on February 15, 2022. Defendant requests to continue the Sentencing Hearing to June 14, 2022, at 9:30 a.m. The defense requires additional time to complete the probation interview and finish its mitigation investigation. A

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

continuance of the sentencing hearing and setting of a disclosure schedule is therefore necessary. The assigned probation officer has confirmed her availability for June 14, 2022.

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  May 3, 2022;

2. Informal Objections to Draft Pre-Sentence Report:  May 17, 2022;

3. Final Pre-Sentence Report Date:   May 24, 2022;

4. Motion for Correction Date: May 31, 2022; and

5. Reply Date: June 7, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Paul Hemesath has authorized Todd D. Leras via text message to sign this stipulation on his behalf.

DATED:  February 10, 2022

By  /s/ Todd D. Leras for
PAUL A. HEMESATH
Assistant United States Attorney

DATED: February 10, 2022

By  /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
HERBERT ALEXANDER

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing, set for February 15, 2022, is vacated. The Sentencing Hearing in this matter is continued to June 14, 2022, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: February 11, 2022                   /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE