1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
   Sacramento, California 95814
3  (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  ANDREA JORDAN

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 |                                          | Case No.: 2:19-cr-062 JAM
12 | UNITED STATES OF AMERICA,                |
13 |         Plaintiff,                       | ORDER TO CONTINUE SENTENCING
   |                                          | HEARING AND MODIFY PRE-SENTENCE
14 | vs.                                      | REPORT DEADLINES
15 | ANDREA MICHELLE JORDAN,                  |
16 |         Defendant.                       | Court:   Hon. John A. Mendez
17 |                                          | Date:    September 20, 2022
   |                                          | Time:    9:30 a.m.

24     This matter is currently set for a Sentencing Hearing on September 20, 2022.  Defendant

25 requests to continue the Sentencing Hearing to December 13, 2022.   The assigned probation

26 officer has confirmed her availability for December 13, 2022.

27 ORDER SETTING
   SENTENCING HEARING AND
28 PSR DISCLOSURE SCHEDULE

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  November 1, 2022;

2. Informal Objections to Draft Pre-Sentence Report:  November 15, 2022;

3. Final Pre-Sentence Report Date:   November 22, 2022;

4. Motion for Correction Date: November 29, 2022; and

5. Reply Date: December 6, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Alexis Klein has authorized Todd D. Leras via email to sign this stipulation on her behalf.

DATED:  September 15, 2022

By    /s/ Todd D. Leras for
ALEXIS KLEIN
Assistant United States Attorney

DATED: September 15, 2022

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
ANDREA JORDAN

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing, set for September 20, 2022, is vacated.  The Sentencing Hearing in this matter is continued to December 13, 2022, at 9:00 a.m.  The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.


DATED:  September 15, 2022          /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE