LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANDREA JORDAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ANDREA MICHELLE JORDAN,<br><br>      Defendant. | Case No.: 2:19-cr-062 JAM<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:   Hon. John A. Mendez<br>Date:    December 13, 2022<br>Time:    9:00 a.m. |

     This matter is currently set for a Sentencing Hearing on December 13, 2022.  Defendant requests to continue the Sentencing Hearing to February 28, 2023.   The assigned probation officer has confirmed her availability for February 28, 2023.

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  January 17, 2023;

2. Informal Objections to Draft Pre-Sentence Report:  January 31, 2023;

3. Final Pre-Sentence Report Date:   February 7, 2023;

4. Motion for Correction Date: February 14, 2023; and

5. Reply Date: February 21, 2023.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Alexis Klein has authorized Todd D. Leras via email to sign this stipulation on her behalf.

DATED:  December 8, 2022

By   /s/ Todd D. Leras for
ALEXIS KLEIN
Assistant United States Attorney

DATED: December 8, 2022

By   /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
ANDREA JORDAN

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing, set for December 13, 2022, is vacated. The Sentencing Hearing in this matter is continued to February 28, 2023, at 9:00 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: December 9, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE