LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com

Attorney for Defendant
ANDREA JORDAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANDREA MICHELLE JORDAN,

        Defendant.

Case No.: 2:19-cr-00062-JAM-2

**ORDER TO MODIFY PRE-SENTENCE REPORT DEADLINES**

Court:    Hon. John A. Mendez
Date:     November 14, 2023
Time:     9:00 a.m.

      This matter is currently set for a Sentencing Hearing on November 14, 2023. Defendant has completed her probation interview, and the assigned probation officer has submitted a draft Pre-Sentence Investigation Report (PSR) to the parties. Defendant requests to modify the remaining dates in the PSR disclosure schedule to conform to the standard dates set forth in

ORDER MODIFYING
PSR DISCLOSURE SCHEDULE

Local Rule 461. The requested modification to the disclosure schedule does not impact the Sentencing Hearing date of November 14, 2023.

It is therefore requested that the Court modify the remaining PSR disclosure schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report: **October 17, 2023**;

2. Final Pre-Sentence Report Date: **October 24, 2023**;

3. Motion for Correction Date: **October 31, 2023**; and

4. Reply Date: **November 7, 2023**.

This request follows a guilty plea and does not impact the Sentencing Hearing date so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Alexis Klein has authorized Todd D. Leras via email to sign this stipulation on her behalf.

DATED: October 11, 2023

By  */s/ Todd D. Leras for*
ALEXIS KLEIN
Assistant United States Attorney

DATED: October 11, 2023

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ANDREA JORDAN

ORDER MODIFYING
PSR DISCLOSURE SCHEDULE

**ORDER**

The Court **ADOPTS** the modification to the Pre-Sentence Investigation Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: October 12, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER MODIFYING
PSR DISCLOSURE SCHEDULE